**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MOHAMEDI SENGIYUMVA** | **CIVIL ACTION NO. 1:26-CV-3102** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ELEAZAR GARCIA JR ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE [Doc. 11] having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mohamedi Sengiyumva's petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS, DONE AND SIGNED in chambers on this 21st day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT COURT